AVECIA INC., Plaintiff,

v.

UNITED STATES of America, Defendant.

Slip Op. 07–44.
Court No. 05–00183.

United States Court of International Trade.

March 26, 2007.

## AMENDED JUDGMENT

MUSGRAVE, Judge.

This action having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now, therefore, in conformity with said decision, it is

**ORDERED, ADJUDGED** and **DECREED** that the Judgment of December 19, 2006 be, and it hereby is, amended as follows

**ORDERED** that the parties' joint motion to sever Entry No. 916–1076920–9 (Port of Newark) from Court No. 05–00183 and Entry No. 916–1076548–8 (Port of Newark) and Entry No. 916–1076747–6 (Port of Baltimore) from Court No. 06–00140 having been granted, and those entries having been consolidated in Court No. 07–00108 as of this date, this Judgment shall relate to such new civil action in accordance with the Judgment entered thereon as of this date, and it is further

**ORDERED** that the entries of ink-jet inks that are the subject of this action shall be classified under heading 3215,

Harmonized Tariff Schedule of the United States (2003), specifically under subheading 3215.11.00.60 (black) or 3215.19.00.60 (other), as appropriate, and it is further

**ORDERED** that the defendant's U.S. Customs and Border Protection reliquidate the subject entries in accordance with the foregoing and refund to the plaintiff any excess duties paid, together with interest as provided by law.

AMERICAN SIGNATURE, INC., Plaintiff,

v.

UNITED STATES, Defendant,

American Furniture Mfrs. Comm. for Legal Trade, Defendant–Intervenors.

Slip Op. 07–48.
Court No. 06–00252.

United States Court of International Trade.

March 28, 2007.

## ORDER

POGUE, Judge.

Upon consideration of Plaintiff's Motion for an Order to Show Cause and Partial Consent Motion for Injunction Pending Appeal, Plaintiff's Notice of Appeal and all other pertinent papers, and after due deliberation, it is hereby

**ORDERED** that the Preliminary Injunction dated August 7, 2006 is restored.